UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KEENAN GEORGE,<br><br>    Petitioner,<br><br>v.<br><br>TRENT ALLEN, Acting Warden,<br><br>    Respondent. | Case No. 24-cv-01422-VKD<br><br>**ORDER OF TRANSFER** |

    Keenan George, a state prisoner currently confined at Salinas Valley State Prison in Soledad, California, filed a document in *pro se* entitled, "Petitioner request to have collateral relief to re-open case from a wrongful conviction." Dkt. No. 1. The Clerk construed this filing as an attempt to file a petition for writ of habeas corpus challenging Mr. George's state conviction out of Los Angeles County. *See* Dkt. No. 1 at 1. The Clerk sent Mr. George a notice advising him to file a petition using the proper form, along with an *in forma pauperis* application. Dkt. Nos. 2, 3.

    A petition for a writ of habeas corpus made by a person in custody under the judgment and sentence of a state court of a state which contains two or more federal judicial districts may be filed in either the district of confinement or the district of conviction. *See* 28 U.S.C. § 2241(d). Mr. George's district of confinement is the Northern District of California, which includes Monterey County where Soledad is located. 28 U.S.C. § 84(b). However, Mr. George's district of conviction is the Western Division of the Central District of California, which includes Los Angeles County. 28 U.S.C. § 84(c)(2).

    Federal courts in California traditionally have chosen to hear habeas petitions challenging a state conviction or sentence in the district of conviction or sentencing. *See* Habeas L.R. 2254-

3(b)(1); *Dannenberg v. Ingle*, 831 F. Supp. 767, 768 (N.D. Cal. 1993); *Laue v. Nelson*, 279 F. Supp. 265, 266 (N.D. Cal. 1968).  Accordingly, in the exercise of its discretion and in the furtherance of justice, the Court finds that this case should be transferred to the United States District Court for the Western Division of the Central District of California.  *See* 28 U.S.C. § 1406(a); Habeas L.R. 2254-3(b)(1).

The Clerk of the Court shall terminate all pending motions and transfer the entire file to the Western Division of the Central District of California.

**IT IS SO ORDERED.**

Dated: March 13, 2024

VIRGINIA K. DEMARCHI
United States Magistrate Judge